1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

| | | |
|---|---|---|
| 12 | NATHANIEL SEAN BOWDEN, ) | |
| | JUNELLE HARRIS, ) | No. C 07-5269 MEJ |
| | ) | |
| 13 | Plaintiffs, ) | |
| | ) | |
| 14 | v. ) | ANSWER |
| | ) | |
| 15 | ROBIN L. BARRETT, Field Office Director, ) | |
| | USCIS San Francisco District Office; ) | |
| 16 | EMILIO T. GONZALEZ, Director, U.S. ) | |
| | Citizenship and Immigration Services; ) | |
| 17 | MICHAEL CHERTOFF, Secretary, ) | |
| | Department of Homeland Security; ) | |
| 18 | ROBERT S. MUELLER, Director, ) | |
| | Federal Bureau of Investigations; ) | |
| 19 | MICHAEL B. MUKASEY, ) | |
| | U.S. Attorney General, ) | |
| 20 | ) | |
| | Defendants. ) | |
| 21 | ———————————————————————— ) | |

22     The Defendants hereby submit their answer to Plaintiffs' Complaint for a Writ of Mandamus and

23  Declaratory and Injunctive Relief.

24                      **PRELIMINARY STATEMENT**

25     1.  Defendants admit the allegations in Paragraph One; however, Defendants deny that the I-130

26  is still pending.  The I-130 was granted on December 20, 2006.

27                            **JURISDICTION**

28     2.  Paragraph Two consists of Plaintiffs' allegation regarding jurisdiction, to which no responsive

ANSWER
C07-5269 MEJ                                  1

1  pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants

2  deny that this Court has jurisdiction under any of the provisions cited in Paragraph Two.

3  **VENUE**

4  3.  Paragraph Three consists of Plaintiffs' allegations regarding venue, to which no responsive

5  pleading is required.

6  **INTRADISTRICT ASSIGNMENT**

7  4.  Paragraph Four consists of Plaintiffs' allegations regarding intradistrict assignment, to which

8  no responsive pleading is required.

9  **STANDING**

10  5.  Paragraph Five consists of Plaintiffs' characterization of this action for which no answer is

11  necessary; however, to the extent a response is deemed to be required, the Defendants deny the

12  allegations therein.

13  **PLAINTIFFS**

14  6.  Defendants deny the allegations in Paragraph Six.

15  **DEFENDANTS**

16  7.  Defendants admit the allegations in Paragraph Seven.

17  8.  Defendants admit the allegations in Paragraph Eight.

18  9.  Defendants admit the allegations in Paragraph Nine.

19  10.  Defendants admit the allegations in Paragraph Ten.

20  11.  Defendants admit the allegations in Paragraph Eleven.

21  12.  Defendants deny the allegations in Paragraph Twelve.

22  13.  Defendants admit the allegations in Paragraph Thirteen.

23  **FACTS**

24  14.  Defendants admit the allegations in Paragraph Fourteen.

25  15.  Defendants admit the allegations in Paragraph Fifteen.

26  16.  Defendants admit the allegations in Paragraph Sixteen.

27  17.  Defendants admit the allegations in Paragraph Seventeen.

28  18.  Defendants deny the allegations in Paragraph Eighteen.

ANSWER
C07-5269 MEJ                                    2

19.  Defendants deny the allegations in Paragraph Nineteen.

20.  Defendants admit the allegations in Paragraph Twenty.

21.  Defendants admit the first three sentences in Paragraph Twenty-One. Defendants deny that the I-130 petition is still pending.

22.  Defendants admit the allegations in Paragraph Twenty-Two.

23.  Defendants admit the allegations in Paragraph Twenty-Three.

24.  Defendants admit the allegations in Paragraph Twenty-Four.

25.  Defendants deny the allegations in Paragraph Twenty-Five.

26. Defendants admit the first sentence of Paragraph Twenty-Six; however, Defendants are without sufficient information to admit or deny whether a response was sent.

27.  Defendants deny the allegations in Paragraph Twenty-Seven.

28.  Paragraph Twenty-Eight consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

29.  Paragraph Twenty-Nine consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

30.  Defendants deny the allegations in Paragraph Thirty.

31.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Thirty-One, and on that basis, deny them.

### FIRST CAUSE OF ACTION

32.  Defendants re-allege and incorporate by reference the answers to the allegations set forth in Paragraphs One through Thirty, inclusive, as though fully set forth herein.

33.  Paragraph Thirty-Three consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

### SECOND CAUSE OF ACTION

34.  Defendants re-allege and incorporate by reference the answers to the allegations set forth in

ANSWER
C07-5269 MEJ                                              3

1  Paragraphs One through Thirty-Two, inclusive, as though fully set forth herein.

2      35.  Paragraph Thirty-Five consists of Plaintiffs' statement of law for which no answer is necessary;

3  however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

4      36.  Paragraph Thirty-Six consists of Plaintiffs' characterization of this action for which no answer

5  is necessary; however, to the extent a response is deemed to be required, the Defendants deny the

6  allegations therein.

7      37.  Paragraph Thirty-Seven consists of Plaintiffs' characterization of this action for which no

8  answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny

9  the allegations therein.

10  **PRAYER FOR RELIEF**

11      The remaining allegations consists of Plaintiffs' prayer for relief, to which no admission or denial

12  is required; to the extent a responsive pleading is deemed to be required, Defendants deny these

13  paragraphs.

14  **AFFIRMATIVE AND/OR OTHER DEFENSES**

15      All allegations not here before specifically admitted, denied, or modified are hereby denied. For

16  further and separate answer, Defendants allege as follows:

17  FIRST DEFENSE

18      The Court lacks jurisdiction over the subject matter of this action

19  SECOND DEFENSE

20      The Complaint fails to state a claim against the Defendants upon which relief can be granted.

21  THIRD DEFENSE

22      No acts or omissions by the United States or its employees were the proximate cause of any injury

23  or damages to the Plaintiffs.

24  FOURTH DEFENSE

25      At all times alleged in the complaint, Defendants were acting with good faith, with justification,

26  and pursuant to authority.

27  ///

28  ///

ANSWER
C07-5269 MEJ          4

1        FIFTH DEFENSE

2        The Defendants are processing the applications referred to in the Complaint to the extent possible

3     at this time.  Accordingly, no relief as prayed for is warranted.

4        WHEREFORE, Defendants pray for relief as follows:

5        That judgment be entered for Defendants  and against Plaintiffs, dismissing Plaintiffs' Complaint

6     with prejudice; that Plaintiffs take nothing; and that the Court grant such further relief as it deems just

7     and proper under the circumstances.

8     Dated: December 17, 2007                    Respectfully submitted,

9                                                 SCOTT N. SCHOOLS
                                                  United States Attorney
10

11                                                   /s/
                                                  MELANIE L. PROCTOR
12                                                Assistant United States Attorney
                                                  Attorneys for Defendants
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER
C07-5269 MEJ                         5