SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHANIEL SEAN BOWDEN, JUNELLE HARRIS, <br><br> Plaintiffs, <br><br> v. <br><br> ROBIN L. BARRETT, Field Office Director, USCIS San Francisco District Office; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ROBERT S. MUELLER, Director, Federal Bureau of Investigation; MICHAEL B. MUKASEY,* U.S. Attorney General, <br><br> Defendants. | No. C 07-5269 MEJ <br><br><br><br> CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

///

///

///

///

///

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

CONSENT
C 07-5269 MEJ

1     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants
2 hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further
3 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
4 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

5 Dated: December 17, 2007                         Respectfully submitted,

6                                                 SCOTT N. SCHOOLS
                                                United States Attorney
7

8                                                 /s/
                                                MELANIE L. PROCTOR
9                                                 Assistant United States Attorney
                                                Attorneys for Defendants

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28