1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11
   NATHANIEL SEAN BOWDEN,              )    No. C 07-5269 MEJ
12 JUNELLE HARRIS,                     )
                                       )
13              Plaintiffs,            )
                                       )
14      v.                             )    JOINT REQUEST TO BE EXEMPT FROM
                                       )    FORMAL ADR PROCESS; PROPOSED
15 ROBIN L. BARRETT, Field Office      )    ORDER
   Director, USCIS San Francisco District )
16 Office; EMILIO T. GONZALEZ, Director, )
   U.S. Citizenship and Immigration Services; )
17 MICHAEL CHERTOFF, Secretary,        )
   Department of Homeland Security;    )
18 ROBERT S. MUELLER, Director, Federal )
   Bureau of Investigation; MICHAEL B. )
19 MUKASEY,* U.S. Attorney General,    )
                                       )
20                                     )
                Defendants.            )
21 _____ )

22

23        Each of the undersigned certifies that he or she has read either the handbook entitled

24 "Dispute Resolution Procedures in the Northern District of California," or the specified portions of

25 the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

26 resolution options provided by the court and private entities, and considered whether this case might

27

28 *Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor,
   Alberto Gonzales, as the United States Attorney General.
   ADR CERTIFICATION
   No. C 07-5269 MEJ

1  benefit from any of them.

2       Here, the parties agree that referral to a formal ADR process will not be beneficial because

3  this mandamus action is limited to Plaintiffs' request that this Court compel Defendants to

4  adjudicate an application for adjustment of status.  Given the substance of the action and the lack

5  of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily

6  tax court resources.   Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be

7  removed from the ADR Multi-Option Program and that they be excused from participating in the

8  ADR phone conference and any further formal ADR process.

9  Dated: January 3, 2008                      Respectfully submitted,

10                                             SCOTT N. SCHOOLS
                                               United States Attorney

11

12                                             _____
                                                            /s/
13                                             MELANIE L. PROCTOR[1]
                                               Assistant United States Attorney
14                                             Attorney for Defendants

15

16  Dated: January 3, 2008                     _____
                                                            /s/
    ROBERT B. JOBE
17                                             Law Office of Robert B. Jobe
                                               Attorneys for Plaintiffs

18

                                               **ORDER**
19

20       Pursuant to stipulation, IT IS SO ORDERED.

21  Date:                                      _____

22                                             MARIA-ELENA JAMES
                                               United States Magistrate Judge

23

24

25

26

27  _____

28       [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
    signatures indicated by a "conformed" signature (/S/) within this efiled document.

    ADR CERTIFICATION
    No. C 07-5269 MEJ                 2