JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHANIEL SEAN BOWDEN, JUNELLE HARRIS, <br><br> Plaintiffs, <br><br> v. <br><br> ROBIN L. BARRETT, Field Office Director, USCIS San Francisco District Office; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ROBERT S. MUELLER, Director, Federal Bureau of Investigation; MICHAEL B. MUKASEY,* U.S. Attorney General, <br><br> Defendants. | No. C 07-5269 MEJ <br><br> JOINT CASE MANAGEMENT STATEMENT; ~~PROPOSED~~ ORDER |

    The parties hereby submit the Joint Case Management Statement. The parties respectfully ask the Court to adopt the Statement without need for a Case Management Conference.

    1. Jurisdiction and Service: There are no issues concerning personal jurisdiction or venue. Plaintiffs brought this Complaint under 28 U.S.C. §§ 1331 and 1361, the Administrative Procedure

---

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

CASE MANAGEMENT STATEMENT
No. C 07-5269 MEJ

Act, and 28 U.S.C. § 2201. All parties have been served.

2. Facts: On September 1, 2004, Plaintiff Harris filed an I-130 petition on behalf of Plaintiff Bowden, who simultaneously applied for adjustment of status. The I-130 petition was granted on December 20, 2006. On October 16, 2007, Plaintiffs filed the instant Complaint. Plaintiff Bowden's name check remains pending with the FBI.

3. Legal Issues: The principal legal issue the parties dispute is whether the Court has jurisdiction to compel agency action in this case and if so, whether a writ a mandamus should issue to remedy Defendants' alleged unreasonable delay in adjudicating Plaintiffs' applications.

4. Motions: None.

5. Amendment of Pleadings: None.

6. Evidence Preservation: None.

7. Disclosures: The parties are in the process of complying with the initial disclosure requirements under Fed. R. Civ. P. 26. Initial disclosures must be completed by the close of business on January 17, 2008.

8. Discovery: The parties will complete their discovery requests by January 17, 2008.

9. Class Actions: Not applicable.

10. Related Cases: None.

11. Relief: Plaintiffs ask the Court to direct the agency to adjudicate Plaintiff Bowden's adjustment of status applications and ask for an award of attorneys' fees. This case does not involve damages.

12. Settlement and ADR: The parties filed a Joint Request to Be Exempt From Formal ADR on January 3, 2008.

13. Consent to Magistrate Judge for All Purposes: The parties have consented to assignment of this case to a magistrate judge.

14. Other References: None.

15. Narrowing of Issues: None.

16. Expedited Schedule: The parties believe this matter can be solved through motions.

17. Scheduling: The parties suggest the following dates:

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment: | February 21, 2008 |
| Defendants' Opposition and Cross Motion: | March 6, 2008 |
| Plaintiffs' Reply: | March 13, 2008 |
| Defendants' Reply, if any: | March 20, 2008 |

The parties request the Court to take the matter under submission without oral argument. Should the Court desire oral argument, the parties respectfully suggest the following date: April 3, 2008, at 10:00 a.m.

18. Trial: The parties believe the matter can be resolved through the motions for summary judgment.

19. Disclosure of Non-party Interested Entities or Persons: None.

20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter: None.

Dated: January 15, 2008                     Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

              /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: January 15, 2008                            /s/
ROBERT JOBE
Attorney for Plaintiffs

///
///
///
///
///

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

CASE MANAGEMENT STATEMENT
No. C 07-5269 MEJ                    3

**PROPOSED CASE MANAGEMENT ORDER**

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order. The Case Management Conference scheduled for January 24, 2008 is hereby VACATED. The matter will be taken under submission at the close of the briefing schedule.

Date: _____

                                  MARIA-ELENA JAMES
                                  United States Magistrate Judge

**~~ALTERNATIVE PROPOSED~~ CASE MANAGEMENT ORDER**

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order. The Case Management Conference scheduled for January 24, 2008 is hereby VACATED. The motions shall be heard on Thursday, April 3, 2008, at 10:00 a.m..

Date: January 22, 2008



_____
MARIA-ELENA JAMES
United States Magistrate Judge