SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHANIEL SEAN BOWDEN, JUNELLE HARRIS, <br><br> Plaintiffs, <br><br> v. <br><br> ROBIN L. BARRETT, Field Office Director, USCIS San Francisco District Office; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ROBERT S. MUELLER, Director, Federal Bureau of Investigation; MICHAEL B. MUKASEY,* U.S. Attorney General, <br><br> Defendants. | No. C 07-5269 MEJ <br><br> JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS; PROPOSED ORDER |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might

---

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

ADR CERTIFICATION
No. C 07-5269 MEJ

1  benefit from any of them.

2      Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiffs' request that this Court compel Defendants to adjudicate an application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: January 3, 2008      Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

          /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorney for Defendants

Dated: January 3, 2008                /s/
ROBERT B. JOBE
Law Office of Robert B. Jobe
Attorneys for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 23, 2008



MARIA
United                        dge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.