1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
4   Assistant United States Attorney

5        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
6        Telephone: (415) 436-6730
         FAX: (415) 436-7169
7
    Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  NATHANIEL SEAN BOWDEN,            )   No. C 07-5269 MEJ
    JUNELLE HARRIS,                   )
13                                    )
                 Plaintiffs,          )
14                                    )
         v.                           )
15                                    )   **STIPULATION TO DISMISS; AND**
    ROBIN L. BARRETT, Field Office    )   **[PROPOSED] ORDER**
16  Director, USCIS San Francisco District )
    Office;  EMILIO T. GONZALEZ, Director, )
17  U.S. Citizenship and Immigration Services; )
    MICHAEL CHERTOFF, Secretary,      )
18  Department of Homeland Security;  )
    ROBERT S. MUELLER, Director, Federal )
19  Bureau of Investigation; MICHAEL B. )
    MUKASEY,* U.S. Attorney General,  )
20                                    )
                                      )
21               Defendants.          )
    _____  )

22

23         Plaintiffs, by and through their attorney of record, and Defendants, by and through their

24  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

25  entitled action without prejudice in light of the fact that the United States Citizenship and

26  Immigration Services has adjudicated Plaintiff Bowden's application for adjustment of status

27  application (Form I-485).

28
    *Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey  is substituted for his predecessor,
    Alberto Gonzales, as the United States Attorney General.

1    Each of the parties shall bear their own costs and fees.

2

3    Dated: January 28, 2008                    Respectfully submitted,

4                                               JOSEPH P. RUSSONIELLO
                                               United States Attorney

5

6                                               _____/s/_____
                                               MELANIE L. PROCTOR[1]
7                                               Assistant United States Attorney
                                               Attorneys for Defendants

8

9

10   Dated: January 25, 2008                   _____/s/_____
                                               ROBERT JOBE
                                               Attorney for Plaintiffs

11

12                                    **ORDER**

13   Pursuant to stipulation, IT IS SO ORDERED.

14

15

16   Date:                                     _____
                                               MARIA-ELENA JAMES
17                                             United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

_____

[1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
No. C 07-5269 MEJ                    2