JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHANIEL SEAN BOWDEN, JUNELLE HARRIS, <br><br>           Plaintiffs, <br><br>   v. <br><br> ROBIN L. BARRETT, Field Office Director, USCIS San Francisco District Office;  EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ROBERT S. MUELLER, Director, Federal Bureau of Investigation; MICHAEL B. MUKASEY,* U.S. Attorney General, <br><br>           Defendants. | No. C 07-5269 MEJ <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff Bowden's application for adjustment of status application (Form I-485).

\*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

Stipulation to Dismiss
No. C 07-5269 MEJ

1  Each of the parties shall bear their own costs and fees.

3  Dated: January 28, 2008                    Respectfully submitted,

4                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney

6                                              _____/s/_____
                                               MELANIE L. PROCTOR[1]
7                                              Assistant United States Attorney
                                               Attorneys for Defendants

9
   Dated: January 25, 2008                    _____/s/_____
10                                             ROBERT JOBE
                                               Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  January 30, 2008                        _____
                                               MARIA-ELENA JAMES
                                               United States Magistrate Judge

*IT IS SO ORDERED. Judge Maria-Elena James*

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
No. C 07-5269 MEJ                    2